**Ras Adisa Gamba OLUWA, Petitioner–Appellant,**

v.

**CALIFORNIA BOARD OF PRISON TERMS; et al., Respondents– Appellees.**

No. 05–56451.

United States Court of Appeals, Ninth Circuit.

Submitted July 9, 2007 *.

Filed July 19, 2007.

Ras Adisa Gamba Oluwa, Crescent City, CA, pro se.

George H. Williamson, DAG, AGCA–Office of the California Attorney General, Los Angeles, CA, for Respondents–Appellees.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: LEAVY, THOMAS and BERZON, Circuit Judges.

MEMORANDUM **

California state prisoner Ras Adisa Gamba Oluwa appeals pro se from the district court judgment dismissing his 28 U.S.C. § 2254 petition as second or successive. We have jurisdiction pursuant to 28 U.S.C. § 2253, and we affirm.

Oluwa contends that 28 U.S.C. § 2244(b) does not apply to petitions challenging state prison administrative decisions. We reject this contention. *See* 28 U.S.C. § 2244(b); *cf. White v. Lambert,* 370 F.3d 1002, 1011 (9th Cir.2004) (contrasting the text of § 2244(b) with the text of 28 U.S.C. § 2253(c)(1)(A) in determining that the latter does not apply to challenges to prison administrative decisions).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.